**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FREDERICK KEITH COOK, et al.,

    Plaintiffs,

v.

                                  Case No. 07-CV-13291

VISTEON CORPORATION,

    Defendant.

                                              /

**ORDER OF DISMISSAL**

On April 2, 2009, the court conducted a conference on the record with counsel and party representatives for all parties. During the conference each Plaintiff and Defendant stated that a settlement had been reached, and sought the court's approval. The court directs, as stated by the court on the record, that the settlement distributions as described are approved.

In light of statements on the record, the court anticipates one or more petitions for the specific distribution or division of certain proceeds in the near future, the disposition of which are not affected by this order.

IT IS ORDERED that the above-entitled action is DISMISSED without prejudice to the right of any party to either move to reopen this case, with no additional filing fee required, on or before **July 31, 2009**, if settlement is not finalized or other circumstances require reopening.[1] The court expects to issue a final order, upon

---

[1] As stated on the record during the April 2, 2009 telephone conference, this dismissal serves to hold any and all statute of limitations consequences in abeyance until further order of the court or until the presentation of a final order of dismissal with prejudice. It is the court's intent that any statute of limitation for any Plaintiff's claim is


presentation by the parties, in substitution of this order dismissing this matter with prejudice.

>s/Robert H. Cleland
>ROBERT H. CLELAND
>UNITED STATES DISTRICT JUDGE

Dated: April 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 9, 2009, by electronic and/or ordinary mail.

>s/Lisa G. Wagner
>Case Manager and Deputy Clerk
>(313) 234-5522

---

tolled by agreement of all parties and this court, until further order of this court.


S:\Cleland\JUDGE'S DESK\C1 ORDERS\07-13291.COOK.Conditional.Dismissal.eew.wpd