


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK KEITH COOK, Personal
Representative of the Estate of KENNIE
JOE COOK, deceased, SUSAN HOPKINS,
and STEPHEN GOETHEL, as Next Friend
of J.L.,

Case No. 2:07-cv-13291 DT

Honorable Robert Cleland

Plaintiffs,

vs

VISTEON CORPORATION,

Defendant.

## ORDER APPROVING DISTRIBUTION OF PROCEEDS

At a session of said Court held in the U.S. Courthouse,
City of Detroit, State of Michigan, on

**MAY 2 0 2009**

PRESENT: HONORABLE **ROBERT H. CLELAND**

IT IS HEREBY ORDERED that The Googasian Firm, P.C. shall be reimbursed for all of the reasonable litigation costs and expenses which they advanced on behalf of the Estate.

IT IS FURTHER ORDERED that The Googasian Firm, P.C. shall be paid an attorney fee of $64,705.73 which constitutes 1/3 of the total settlement after the litigation costs and expenses have been reimbursed.

IT IS FURTHER ORDERED that all of the remaining proceeds be disbursed to the interested parties as follows:

| | |
|---|---|
| Frederick Keith Cook - for his loss of the love, society and companionship of his father | $59,705.74 |
| Daniel Lee Cook - for his loss of the love, society and companionship of his father | $59,705.74 |
| Roger Dale Cook - for his loss of the love, society and companionship of his brother | $ 5,000.00 |
| David Lee Cook - for his loss of the love, society and companionship of his brother | $ 5,000.00 |

IT IS FURTHER ORDERED that no portion of the settlement be distributed to the Estate as there was no award for conscious pain and suffering.

_____
U.S. District Court Judge